THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
Adoptive Father and Adoptive Mother, Respondents,
v.
South Carolina Department of Social Services, Birth Mother, Birth Father, In the Interest of : Christopher L.  (03/26/98)  Nicholas L. (01/05/01)  Cheyenne L. (02/21/02), Defendants, of whom South Carolina Department of Social Services and Birth Father are
Respondents
and Birth Mother is Appellant.
 
 
 

Appeal From Greenville County
 Stephen S. Bartlett, Family Court Judge

Unpublished Opinion No. 2007-UP-101
Submitted March 1, 2007  Filed March 5, 2007   

AFFIRMED

 
 
 
Leah T. Petree-Angone, Of Pawleys Island, for Appellant.  
Allison Peters Dunham and Lisa Richardson Mobley, both of Greenville, for Respondents.
Robert A. Clark, of Greenville, for Guardian Ad Litem.  
 
 
 

PER CURIAM:  Birth Mother appeals a family court order terminating her parental rights to her minor children.  The court found her parental rights should be terminated on three grounds:  1) failure to rehabilitate; 2) willful failure to support; and 3) failure to visit.   Additionally, the court found termination was in the best interest of the children.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling.  Counsel is hereby relieved.
AFFIRMED.[1]
HUFF, BEATTY, and WILLIAMS, JJ. concur.  

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.